# SHALOM LAW PLLC
ATTORNEYS & COUNSELORS - AT - LAW

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020**

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jshalom@JonathanShalomLaw.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

July 6, 2020

**VIA ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York

Re: Nixon v. Berkshire Hathaway Inc., 1:20-cv-02253

Dear Judge Nathan,

The undersigned represents Plaintiff Donald Nixon (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181.

As per the Court's June 9, 2020 Order, the parties were granted until July 9, 2020 in which to file a Stipulation of Dismissal with the Court. It is now July 6, 2020, and the parties are in the process of finalizing the settlement agreement. At this time, Counsel for the Plaintiff respectfully requests an additional 30 days in which to finalize the terms of the agreement and file a Stipulation of Dismissal.

SO ORDERED.

SO ORDERED. 7/9/2020

*Alison J. Nathan*
Alison J. Nathan, U.S.D.J.

Respectfully submitted,

*/s/ Jonathan Shalom*
Jonathan Shalom, Esq.
**SHALOM LAW, PLLC.**
105-13 Metropolitan Ave
Forest Hills, New York 11375
718-971-9474
Jshalom@JonathanShalomLaw.com
**ATTORNEYS FOR PLAINTIFF**